IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kendra Anderson and Marla Micks, individually and on behalf of all others similarly situated, | 2:21-cv-01621 |
| Plaintiffs, | |
| - against - | Notice of Related Case |
| The Hain Celestial Group, Inc., | |
| Defendant | |

Plaintiffs respectfully submit this Notice of Related Case to inform the Court that this case, filed on March 26, 2021, should be assigned to MDL No.: 2997, In re: Baby Food Marketing, Sales Practices and Products Liability Lit.

Dated: March 31, 2021

                                                                                                          Respectfully submitted,

                                                                                                          Sheehan & Associates, P.C.
                                                                                                          /s/Spencer Sheehan
                                                                                                          Spencer Sheehan
                                                                                                          60 Cutter Mill Rd Ste 409
                                                                                                          Great Neck NY 11021-3104
                                                                                                          Tel: (516) 268-7080
                                                                                                          Fax: (516) 234-7800
                                                                                                          spencer@spencersheehan.com